IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC., ET AL. | ) | |
| | ) | |
| v. | ) | No. 3:01-1103 |
| | ) | JUDGE CAMPBELL |
| EDDIE F. MUSIC, ET AL. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 93), entered April 19, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 93) is ADOPTED and APPROVED. Accordingly, Plaintiffs' Motion for Judgment by Default Against Defendant I Want My Daddy's Records (Docket No. 87) is GRANTED. By contemporaneous Order, the Court shall enter default judgment against Defendant I Want My Daddy's Records.

This case shall continue against the remaining Defendants, Universal-Polygram International Tunes, Inc. and Jahqua Joints.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE